IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA L. WALKER,<br><br>   Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:12-CV-2586-TWT |

ORDER

This is an action seeking judicial review of a decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending remanding the case to the ALJ to obtain a consultative mental evaluation. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, a consultative mental evaluation was required for an informed decision because the extensive treatment notes for depression were insufficient to establish the vocational impact of the Plaintiff's severe mental impairment on her ability to work. The Court approves and adopts the Report and Recommendation as

the judgment of the Court. This action is REMANDED to the Commissioner pursuant to sentence four of § 405(g).

    SO ORDERED, this 23 day of September, 2013.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge